THOMAS M. HERLIHY, ESQ. (SBN 83615)
SHEENA V. JAIN, ESQ. (SBN 251912)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:      (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

Attorneys for Plaintiff
Randolph T. Scott

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH T. SCOTT,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNUM LIFE INSURANCE COMPANY OF<br>AMERICA AND, DOES 1 THROUGH 10,<br>INCLUSIVE,<br><br>                    Defendants. | Case No. C 09-01841 SBA<br><br>**STIPULATION REGARDING<br>DISCOVERY CUT-OFF DATE;<br>ORDER** |

TO THE CLERK OF COURT AND ALL PARTIES IN THE ABOVE CAPTIONED

MATTER:

A Case Management Conference was conducted in the above captioned matter on November

19, 2009 at 3:15 p.m.  Michael Horrow, of Donahue & Horrow, appeared on behalf of plaintiff

Randolph T. Scott.  Thomas M. Herlihy, of Wilson, Elser, Moskowitz, Edelman & Dicker LLP

1  appeared on behalf of defendant Unum Life Insurance Company of America.  The minute order was

2  issued on November 19, 2009 scheduling the discovery cut-off for January 26, 2010.

3      Based on counsel's notes and recollection of Judge Armstrong's order at the November 19th

4  Case Management Conference, the discovery cut-off was set for June 5, 2010.  Therefore, if the

5  January 26, 2010 date contained in the court's civil minutes is an error, the parties request that the

6  Court issue an order setting the discovery cut-off for June 5, 2010.

7  IT IS STIPULATED:

8      Respectfully submitted,

9      DONAHUE & HORROW LLP

10

11  Date:   December 8, 2009    By _____/s/_____

    Michael B. Horrow

12      Nichole D. Podgurski

    Attorneys for Plaintiff RANDOLPH T. SCOTT

13

14      WILSON, ELSER, MOSKOWITZ, EDELMAN &

    DICKER LLP

15

16  Date:   December 8, 2009    By _____/s/_____

17      Thomas M. Herlihy

    Sheena V. Jain

18      Attorneys for Defendant

    UNUM LIFE INSURANCE COMPANY

19      OF AMERICA

20

21          **ORDER**

22      **IT IS SO ORDERED.**

23

24  Date:   _12/21/09    _____

25      Saundra B. Armstrong

    United States District Court Judge

26

27

28