1  THOMAS M. HERLIHY, ESQ. (SBN 83615)
   SHEENA V. JAIN, ESQ. (SBN 251912)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant
6  Unum Life Insurance Company of America

7  MICHAEL B. HORROW (SBN 162917)
   NICHOLE D. PODGURSKI (SBN 251240)
8  DONAHUE & HORROW, LLP
   1960 E. Grand Ave., Suite 1215
9  El Segundo, California 90245
   Telephone: (310) 322-0300
10 Facsimile: (310) 322-0302

11 Attorneys for Plaintiff
   Randolph T. Scott
12

13                    **UNITED STATES DISTRICT COURT**
14
                      **NORTHERN DISTRICT OF CALIFORNIA**
15

16
   RANDOLPH T. SCOTT,                      ) Case No. C 09-01841 SBA
17                                         )
               Plaintiff,                  )
18                                         ) **JOINT STIPULATION AND ORDER**
       v.                                  ) **TO CONTINUE NON-EXPERT**
19                                         ) **DISCOVERY AND EXPERT**
   UNUM LIFE INSURANCE COMPANY OF          ) **DESIGNATION DEADLINES**
20 AMERICA AND, DOES 1 THROUGH 10,         )
   INCLUSIVE,                              )
21                                         )
               Defendants.                 )
22 _____)

23      Plaintiff Randolph T. Scott and Defendant Unum Life Insurance Company of America

24 through their respective attorneys of record hereby request that the deadline to complete non-expert

25 discovery be continued from June 5, 2010 to July 30, 2010 and the deadline for designation of

26 experts be continued from July 9, 2010 to July 30, 2010.

27      Good cause exists to extend the discovery and expert designation to July 30, 2010 because

28
   ─────────────────────────────────────────────────────────
   JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCOVERY AND EXPERT
                          DESIGNATION DEADLINES
   536763.1                                1

1 the parties expect that they will be unable to complete the necessary depositions and written
2 discovery by June 5, 2010.  The bases upon which discovery have remained uncompleted and for
3 which good cause exists are as follows:

4     1.    On March 30, 2010, Plaintiff's counsel requested the assistance of defense counsel
5 in scheduling three depositions of Persons Most Knowledgeable and eight other individuals
6 involved in the handling of Plaintiff's claim for May 11 and 12, 2010.  Plaintiff's request included
7 individuals who are no longer employees of Unum.

8     2.    Upon receipt of Plaintiff's request, Defendant began checking the availability of
9 those witnesses still employed by Unum for May 11 and 12, 2010.   Due to the number of
10 depositions requested, the deponents' schedules, the request for deposition of individuals who are
11 no longer with Unum, and defense counsel's upcoming trial on May 3, 2010 in another matter, the
12 parties have had difficulty scheduling the depositions requested by Plaintiff.  However, counsel
13 have discussed alternative dates and are working together to schedule depositions for early June.

14     3.    Additionally, Defendant has requested the assistance of Plaintiff's counsel in
15 scheduling the deposition of Plaintiff and other witnesses, including Plaintiff's treaters.  Plaintiff's
16 counsel has informed Defendant that he is in the process of gathering information as to availability
17 and will provide Defendant with potential dates shortly.

18     4.    Furthermore, there is outstanding written discovery that Plaintiff has not responded
19 to and for which Plaintiff's counsel is seeking a three-week extension to respond by May 21, 2010
20 due to an upcoming surgery that will have her out of the office for several weeks.  The parties seek
21 to extend the non-expert discovery deadline to ensure that the necessary written discovery can be
22 completed, while accommodating Plaintiff's need for additional time to respond to discovery.

23     5.    This stipulation is not presented for the purpose of delay.

24 Based on the foregoing, it is therefore requested that the discovery cut-off and expert
25 designation deadlines be continued to July 30, 2010, with no change in any other pre-trial dates.
26 //
27 //
28 //

1  DATED:                                      WILSON, ELSER, MOSKOWITZ, EDELMAN &
2                                                            DICKER LLP

3                                                     By: _____
4                                                            Thomas M. Herlihy
                                                             Sheena V. Jain
                                                             Attorneys for Defendant
5                                                            UNUM LIFE INSURANCE COMPANY OF
                                                             AMERICA

6  DATED:                                      DONAHUE & HORROW

7
                                                       By: _____
8                                                            Michael Horrow
                                                             Nichole Podgurski
9                                                            Attorneys for Plaintiff
                                                             RANDOLPH SCOTT

**ORDER**

    **IT IS SO ORDERED.**

The discovery cut-off and designation of expert deadlines are continued to July 30, 2010.

Date:   5/3/10                                  _____
                                                         Saundra B. Armstrong
                                                         United States District Court Judge