THOMAS M. HERLIHY, ESQ. (SBN 83615)
SHEENA V. JAIN, ESQ. (SBN 251912)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

Attorneys for Plaintiff
Randolph T. Scott

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH T. SCOTT,<br><br>       Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND, DOES 1 THROUGH 10, INCLUSIVE,<br><br>       Defendants. | Case No. C 09-01841 SBA<br><br>**STIPULATION TO CONTINUE LAST DATE TO HEAR DISPOSITIVE MOTIONS AND OTHER PRE-TRIAL DATES** |

TO THE CLERK OF COURT AND ALL PARTIES IN THE ABOVE CAPTIONED MATTER:

Parties in the above entitled action, plaintiff Randolph T. Scott, by and through his counsel of record, Michael Horrow, of Donahue & Horrow, and defendant Unum Life Insurance Company of America, by and through its counsel of record, Thomas M. Herlihy, of Wilson, Elser, Moskowitz,

Edelman & Dicker LLP hereby stipulate to continue the last date to hear dispositive motions to October 12, 2010. Parties further stipulate and agree to continue the following pre-trial deadlines:

    Expert Designation – July 30, 2010

    Fact Discovery Cut-off – August 13, 2010

    Expert Discovery Cut-off – August 27, 2010

    Last day to file dispositive motions – September 7, 2010

    Last day to hear dispositive motions – October 19, 2010

IT IS STIPULATED:

                                      Respectfully submitted,

                                      DONAHUE & HORROW LLP

Date:   July 14, 2010                     By              /s/
                                                Michael B. Horrow
                                                Nichole D. Podgurski
                                Attorneys for Plaintiff RANDOLPH T. SCOTT


                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date:   July 14, 2010                     By              /s/
                                                Thomas M. Herlihy
                                                Sheena V. Jain
                                             Attorneys for Defendant
                                  UNUM LIFE INSURANCE COMPANY
                                                 OF AMERICA

                                            **ORDER**

**IT IS SO ORDERED.**

Date:   7/14/10                                                *Saundra B. Armstrong*
                                                Saundra B. Armstrong
                                                United States District Court Judge