1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   RANDOLPH SCOTT,                )
                                    )
11            Plaintiff(s),         )      No. C09-1841 SBA (BZ)
                                    )
12       v.                         )
                                    )      **INITIAL DISCOVERY ORDER**
13   UNUM LIFE INSURANCE,           )
                                    )
14            Defendant(s).         )
                                    )
15   _____)

16       All discovery in this matter has been referred to United

17   States Magistrate Judge Bernard Zimmerman.

18       In the event a discovery dispute arises, the parties

19   shall meet in person or, if counsel are outside the Bay Area,

20   by telephone and make a good faith effort to resolve their

21   dispute.  Exchanging letters or telephone messages about the

22   dispute is insufficient.  The Court will not read subsequent

23   positioning letters; parties shall instead make a

24   contemporaneous record of their meeting using a tape recorder

25   or a court reporter.

26       In the event they cannot resolve their dispute, the

27   parties must participate in a telephone conference with the

28   Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a

2  letter **filed electronically** not exceeding two pages (with no

3  attachments) which briefly explains the nature of the action

4  and the issues in dispute.  Other parties shall reply in

5  similar fashion within two days of receiving the letter

6  requesting the conference.  The Court will contact the parties

7  to schedule the conference.

8      After the conference with the Court, if filing papers is

9  deemed necessary, they should be filed with the Clerk's

10  Office, with one copy delivered directly to Chambers (Room 15-

11  6688).  A chambers copy of all briefs shall be submitted on a

12  diskette formatted in WordPerfect or may be e-mailed to the

13  following address: **bzpo@cand.uscourts.gov**

14  Dated: August 12, 2010

15

16                          Bernard Zimmerman
                   United States Magistrate Judge

17

18  G:\BZALL\-REFS\SCOTT V. UNUM LIFE\INITIAL DISCOVERY ORDER.wpd

19

20

21

22

23

24

25

26

27

28