THOMAS M. HERLIHY (SBN 83615)
SHEENA V. JAIN (SBN 251912)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

Attorneys for Plaintiff
Randolph T. Scott

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH T. SCOTT,<br><br>             Plaintiff,<br><br>       vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Defendants. | Case No.: 4:09-cv-01841-SBA<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER** |

TO THE CLERK OF COURT AND ALL PARTIES IN THE ABOVE CAPTIONED

MATTER:

Parties in the above entitled action, plaintiff Randolph T. Scott, by and through his counsel of record, Michael Horrow of Donahue & Horrow, and defendant Unum Life Insurance Company of America, by and through its counsel of record, Thomas M. Herlihy of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby stipulate to continue the trial in this matter, the pretrial deadlines and the hearing on dispositive motions as follows:

Expert discovery Cut-off – October 18, 2010

Last day to hear dispositive motions (Motion Cut-off) – November 16, 2010

Mandatory Settlement Conference to be held between November 17, 2010 – January 31, 2011

Pretrial papers due – March 22, 2011

Motion in Limine/objections to evidence due – March 29, 2011

Oppositions to Motions in Limine and/or responses to objections to evidence due - April 5, 2011

Replies to Motions in Limine Due April 8, 2011

Pretrial Conference – April 12, 2011 at 1:00 p.m.

Trial – April 18, 2011 at 8:30 a.m.

The parties wish to continue to move the case forward, despite requesting a trial continuance to April 2011.  Therefore, the parties respectfully request that the last day to hear dispositive motions be set for November 16, 2010 or for a date shortly thereafter. The disparity between the resolution of any dispositive motions and the

DONAHUE & HORROW, LLP

requested continued trial date of April 18, 2011 is due to counsel's unavailability in the months prior. Further, the parties wish to have time to possibly resolve the matter following the hearing on any dispositive motions and well in advance of the trial date; therefore, the parties request that the mandatory settlement conference take place between November 17, 2010 and January 31, 2011.  The parties have met and conferred extensively on these deadlines.

IT IS STIPULATED:

                                      Respectfully submitted,
                                      DONAHUE & HORROW LLP

Date:  September 8, 2010        By       /s/ *Michael Horrow*
                                               Michael B. Horrow
                                               Nichole D. Podgurski
                                    Attorneys for Plaintiff RANDOLPH T. SCOTT


                                      WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

Date:  September 8, 2010        By    */s/ Sheena Jain*
                                               Thomas M. Herlihy
                                             Sheena V. Jain
                                      Attorneys for Defendant
                                  UNUM LIFE INSURANCE COMPANY
                                         OF AMERICA

## ORDER

**IT IS SO ORDERED.**

Date: 9/8/10

_____
Saundra B. Armstrong
United States District Court Judge