THOMAS M. HERLIHY, ESQ. (SBN 83615)
SHEENA V. JAIN, ESQ. (SBN 251912)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302

Attorneys for Plaintiff
Randolph T. Scott

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH T. SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND, DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. C 09-01841 SBA (LB)<br><br>**STIPULATION FOR A CONTINUANCE OF THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Trial date:   April 18, 2011 |

TO THE CLERK OF COURT AND ALL PARTIES IN THE ABOVE CAPTIONED MATTER:

Parties in the above entitled action, plaintiff Randolph T. Scott, by and through his counsel of record, Michael Horrow, of Donahue & Horrow, and defendant Unum Life Insurance Company of America ("Unum Life"), by and through its counsel of record, Thomas M. Herlihy,

of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby request a continuance of the Mandatory Settlement Conference currently set for January 31, 2011 to February 9, 2011 for good cause as follows:

Defendant Unum-Life's representative is already scheduled to attend a mediation in Southern California on another matter on January 31, 2011. Hence, there is a calendar conflict. Based on the availability of the parties and counsel, the parties respectfully request that the Mandatory Settlement Conference be continued to February 9, 2011.

IT IS STIPULATED:

Respectfully submitted,

DONAHUE & HORROW LLP

Date: January 7, 2011

By  /s/ *Michael B. Horrow*
Michael B. Horrow
Nichole D. Podgurski
Attorneys for Plaintiff RANDOLPH T. SCOTT

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date: January 7, 2011

By  /s/ *Thomas M. Herlihy*
Thomas M. Herlihy
Sheena V. Jain
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

Date: January 7, 2011

Laurel Beeler
United States Magistrate Judge

*IT IS SO ORDERED — Judge Laurel Beeler*