UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPHT T SCOT,<br>      Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE,<br><br>      Defendant. | No. C09-01841 SBA<br><br>ORDER DISMISSING ACTION |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 2/11/11

                                        *Saundra B Armstrong*
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge